# IN THE UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

| | |
|---|---|
| IN RE:<br><br>**RAFAEL ROSA DIAZ**<br>aka Rafael Rosa<br>**EVELYN MATTOS MORALES**<br>aka Evelyn Mattos<br><br>xxx–xx–6065<br>xxx–xx–8011<br><br>Debtor(s) | Case No. **24–00015 ESL**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 1/18/24 |

*ORDER*

The motion filed by Debtors requesting entry of order to participate in a loan modification process with Banco Popular de Puerto Rico (docket #12) is hereby granted .

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Thursday, January 18, 2024 .

Enrique S. Lamoutte
United States Bankruptcy Judge