# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: **RAFAEL ROSA DIAZ**<br>SSN xxx-xx-6065<br>**EVELYN MATTOS MORALES**<br>SSN xxx-xx-8011<br>Debtor(s) | CASE NO: **24-00015-ESL**<br><br>Chapter 13 |

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: 01/05/2024

Days From Petition Date: 33

910 Days Before Petition: 07/09/2021

Chapter 13 Plan Date: 01/05/2024 ☐ Amended

This is Debtor(s) 1 Bankruptcy petition.

Payment(s) ☐ Received or ☐ Evidence shown at meeting:

Check/MO# _____

Date: _____ Amount: $ _____

First Meeting Date: 02/07/2024 at 9:00AM

341 Meeting Date: 02/07/2024 at 9:00AM

Confirmation Hearing Date: 03/06/2024 at 10:30AM

Plan Base: $9,000.00   Plan Docket #2

This is the 1 scheduled meeting.

Total Paid In: $0.00

---

*APPEREANCES:  ☐ Telephone   ☑ Video Conference

Debtor: ☑ Present ☐ Absent ☑ ID & Soc. OK          Joint Debtor: ☑ Present ☐ Absent ☑ ID & Soc. OK

☑ Examined    ☐ Not Examined under Oath           ☑ Examined    ☐ Not Examined under Oath

Attorney for Debtor(s): ☐ Not Present  ☑ Present

Name of Attorney Present (Other than Attorney of Record): _____

☐ Pro-se

☑ Creditor(s) Present        ☐ None

FirstBank/Money Express -- Romero; Americas Leading Finance -- Offredi

*ATTORNEY FEES AS PER R 2016(b) STATEMENT:

Attorney of Record: **ROBERTO FIGUEROA CARRASQUILLO***

Total Agreed: $4,000.00     Paid Pre-Petition: $513.00     Outstanding (Through the Plan): $3,487.00

*TRUSTEE'S REPORT ON CONFIRMATION & STATUS OF §341 MEETING

Debtor's/s' Commitment Period: ☑ Under Median Income 36 months   ☐ Above Median Income 60 months §1325(b)(1)(B)
                                                                    Projected Disposable Income: $ _____

☐ The Trustee cannot determine debtor's/s' commitment period at this time.

Liquidation Value: $ 2206.00    Estimated Priority Debt: $ 0.00

**If the estate were liquidated under Chapter 7, nonpriority unsecured claims would be paid approximately $2,206.00**

The Trustee:    ☐ NOT OBJECTS    ☒ OBJECTS    Plan Confirmation    Gen. Uns. Approx. Dist.: 25 %

§341 Meeting    ☐ CONTINUED    ☐ NOT HELD    ☒ CLOSED

☐ HELD OPEN FOR ____ DAYS until _____ pursuant to 1308. After this date the meeting is deemed CLOSED.

§341 Meeting Rescheduled for:_____

Access via Zoom 341 Meeting Information Meeting ID: 842 075 7565 Passcode: 8744010630 ***Dedicated Phone: (939) 545-9003.

***As per UST Guideline for ZOOM 341 meeting Debtors and their attorneys must appear by video.

Comments:
_____

*CREDITOR(S) ORAL OBJECTIONS [LBR 3015-2 (c)(4)]
-No objections

*TRUSTEE'S OBJECTIONS TO CONFIRMATION: NOTICE: LBR 3015-2(c)(6) The debtor must within seven (7) days after service of the objection file either: (A) an amended plan that addresses each objection; or (B) a reply setting forth the facts and legal arguments that give rise to the reply in sufficient detail to allow each objector, if possible, to reconsider and withdraw its objection.

[1325(a)(5)] Plan fails to comply with required treatment of allowed Secured Claims.

Plan fails to provide for secured claim filed by Mueblerias Berrios.

[1325(a)(6)] Feasibility – Debtor(s) does not has/have the capacity to make proposed plan payments.

Feasibility of plan depends on reaching a loss mitigation agreement with BPPR. Said creditor is objecting plan confirmation.

*OTHER COMMENTS / OBJECTIONS

Debtors must update Hacienda Form 2781 to include tax year 2023 (social security beneficiaries).

/s/ Jose R. Carrion, Esq.        Meeting Date: Feb 07, 2024
       Trustee

/s/ Alexandra Rodriguez, Esq., Presiding Officer

Last Docket Verified: 16    Last Claim Verified: 8    Case Administrator:    Alexandra Rodriguez