IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>RAFAEL ROSA DIAZ<br>EVELYN MATTOS MORALES<br><br>Debtor(s) | CASE NO. 24-00015/ESL<br><br>CHAPTER 7 |
| BANCO POPULAR DE PUERTO RICO<br>Movant(s)<br><br>RAFAEL ROSA DIAZ<br>EVELYN MATTOS MORALES<br>Roberto Roman Valentin, Chapter 7 Trustee<br><br>Respondent(s) | INDEX |

**DEBTORS' RESPONSE TO *MOTION FOR RELIEF OF THE AUTOMATIC STAY*, DOCKET NO. 46**

TO THE HONORABLE COURT:

**NOW COME, RAFAEL ROSA DIAZ and EVELYN MATTOS MORALES,** the Debtors through the undersigned attorney, and very respectfully state and pray as follows:

1. On July 29, 2024, Banco Popular de Puerto Rico (BPPR), filed a *Motion for Relief of the Automatic Stay*, Docket No. 46, alleging that the Debtors are in post-petition arrears in the mortgage loan payments to said creditor in the sum of 6,878.98, including legal fees.

2. The Debtors hereby submit that they admit to having incurred in the above stated arrears and are hereby consenting to the lift of stay in favor of BPPR, in the above

captioned case.

3. Therefore, the Debtors hereby consent to the lifting of the automatic stay in favor of BPPR, in the present Index.

**WHEREFORE** Debtors respectfully request from this Honorable Court to grant the present motion consenting to BPPR's request for the lift of stay (Docket No. 46), in the above captioned case.

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF filing system which will send notice of the same to: the Roberto Roman Valentin Esq., Chapter 7 Trustee; Jose A. Moreda del Valle Esq., Jose A. Moreda Del Valle Law Office, Counsel for BPPR; I also certify that a copy of this motion has been sent via US Postal Service to the Debtor/Respondents, Rafael Rosa Diaz and Evelyn Mattos Morales, PO Box 310, Punta Santiago PR 00741.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 31st day of July, 2024.

>  */s/Roberto Figueroa Carrasquillo*
> USDC #203614
> **RFIGUEROA CARRASQUILLO LAW OFFICE PSC**
> ATTORNEY FOR DEBTORS/RESPONDENTS
> PO BOX 186 CAGUAS PR 00726-0186
> TEL NO 787-744-7699/787-963-7699
> EMAIL: rfc@rfigueroalaw.com